CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 2 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **KARLHEINZ ANTHONY WOOD,** | ) | **Criminal Case No. 7:10cr00070-2** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **By: Samuel G. Wilson** |
| Respondent. | ) | **United States District Judge** |

In accordance with the memorandum opinion entered on this day, it is **ORDERED** and **ADJUDGED** that the respondent's motion to dismiss is **GRANTED,** the petitioner's 28 U.S.C. § 2255 petition is **DISMISSED,** and this action is **STRICKEN** from the docket of the court. The Court finds that the petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c) and **DENIES** a certificate of appealability.

The clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

**ENTER**: November 1, 2012.

_____
UNITED STATES DISTRICT JUDGE